IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSEPH CHUNESTUDY**                                                               **PETITIONER**

**VS.**                 **CASE NO. 5:14CV00426 JLH/PSH**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction (ADC)**                     **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 30th day of November, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE